IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IAN HEATLEY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Action No. 4:21-CV-02939 |
| CAVALIER HOMES, INC., *et al.*, | § § § | |
| Defendants. | § | |

## **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, all of the undersigned parties which have appeared in this case, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., submitting this Stipulation for Voluntary Dismissal With Prejudice, and would show:

1. All of the issues in this case have been fully and finally settled by and among all of the parties.

2. The settlements contemplate the full and final disposition of this action and there is no longer any need for adverse litigation.

3. This Stipulation is intended to secure the dismissal of the entire action with prejudice to re-filing.

4. Any costs of Court should be borne by the party having heretofore incurred the same.

Respectfully submitted with the request that the case be deemed dismissed with prejudice,

RICHARD C. DALTON, L.L.C.

By: /s/ Richard C. Dalton *by RBW w/ permission*
Richard C. Dalton
State Bar No. 24033539
P.O. Box 358
Carencro, Louisiana 70520-0358
(985) 778-2215 Telephone
Email: rick@rickdaltonlaw.com

Attorney for Plaintiffs IAN and DIANA HEATLEY


WELLS & CUELLAR, P.C.

By: /s/ D. Brent Wells
D. Brent Wells
State Bar No. 21140900
James E. Cuellar
State Bar No. 05202345
Jeffrey D. Stewart
State Bar No. 24047327
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax
Email: bwells@wellscuellar.com

Attorneys for CAVALIER HOMES, INC.

By: _____
    Jeffrey R. Bale
    State Bar No. 01629800
    1600 Highway 6 South
    Kensington I, Suite 200
    Sugar Land, Texas 77478
    (281) 295-6000 Telephone
    (281) 295-6010 Fax
    Email: jbale@balelawfirm.com

Attorneys for
BENNETT TRUCK TRANSPORT, LLC


KENT CHAMBERS, ATTORNEY AT LAW


By: _____
    Kenneth R. Chambers
    State Bar No. 1003111
    502 W. Montgomery, Suite 551
    Willis, Texas 77378
    (936) 459-2240 Telephone
    (936) 459-2270 Fax
    Email: kent@kentchamberslaw.com

Attorneys for LITTLE HOMES OF TEXAS, INC.


UPTON, MICKITS & HEYMANN, L.L.P.


By: _____
    Scott A. Seelhoff
    State Bar No. 24035486
    802 N. Carancahua, Suite 450
    Corpus Christi, Texas 78401
    (361) 698-8214 Telephone
    (361) 884-5291 Fax
    Email: sseelhoff@umhlaw.com

Attorneys for 21ST MORTGAGE CORPORATION

By: _____
    Jeffrey R. Bale
    State Bar No. 01629800
    1600 Highway 6 South
    Kensington I, Suite 200
    Sugar Land, Texas 77478
    (281) 295-6000 Telephone
    (281) 295-6010 Fax
    Email: jbale@balelawfirm.com

Attorneys for
BENNETT TRUCK TRANSPORT, LLC


KENT CHAMBERS, ATTORNEY AT LAW

By: _/s/ Kenneth R. Chambers_____
    Kenneth R. Chambers
    State Bar No. 1003111
    502 W. Montgomery, Suite 551
    Willis, Texas 77378
    (936) 459-2240 Telephone
    (936) 459-2270 Fax
    Email: kent@kentchamberslaw.com

Attorneys for LITTLE HOMES OF TEXAS, INC.


UPTON, MICKITS & HEYMANN, L.L.P.

By: _____
    Scott A. Seelhoff
    State Bar No. 24035486
    802 N. Carancahua, Suite 450
    Corpus Christi, Texas 78401
    (361) 698-8214 Telephone
    (361) 884-5291 Fax
    Email: sseelhoff@umhlaw.com

Attorneys for 21ST MORTGAGE CORPORATION

By: _____
    Jeffrey R. Bale
    State Bar No. 01629800
    1600 Highway 6 South
    Kensington I, Suite 200
    Sugar Land, Texas 77478
    (281) 295-6000 Telephone
    (281) 295-6010 Fax
    Email: jbale@balelawfirm.com

Attorneys for
BENNETT TRUCK TRANSPORT, LLC


KENT CHAMBERS, ATTORNEY AT LAW


By: _____
    Kenneth R. Chambers
    State Bar No. 1003111
    502 W. Montgomery, Suite 551
    Willis, Texas 77378
    (936) 459-2240 Telephone
    (936) 459-2270 Fax
    Email: kent@kentchamberslaw.com

Attorneys for LITTLE HOMES OF TEXAS, INC.


UPTON, MICKITS & HEYMANN, L.L.P.

By: _____
    Scott A. Seelhoff
    State Bar No. 24035486
    802 N. Carancahua, Suite 450
    Corpus Christi, Texas 78401
    (361) 698-8214 Telephone
    (361) 884-5291 Fax
    Email: sseelhoff@umhlaw.com

Attorneys for 21ST MORTGAGE CORPORATION